UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. SMITTICK, | ) CASE NO. WD CV 08-6075-JFW(PJW) |
| Plaintiff, | ) |
| | ) J U D G M E N T |
| v. | ) |
| LONG BEACH POLICE DEPT., et al., | ) |
| Defendants. | ) |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: <u>April 1, 2010</u>.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\RR Judgment.wpd